# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**EDDIE WILSON DOZIER**
        Plaintiff

vs.                              **CASE NUMBER: 5:11-CV-740 (TWD)**

**CAROLYN W. COLVIN, Acting Commissioner of Social Security**
        Defendant

**Decision by Court.**  This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Commissioner's decision is AFFIRMED and defendant's motion for judgment on the pleadings is GRANTED. Judgment is hereby entered in favor of the defendant and plaintiff's complaint is hereby DISMISSED.

All of the above pursuant to the order of the Honorable Judge Therese Wiley Dancks, dated the 26th day of March, 2013.

DATED: March 27, 2013

Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk